UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
**ANAMARIA P. MATOS,**                      )
                                            )
　　　　Plaintiff,                           )
                                            )
　　　　v.                                   ) Case: 16-cv-02069 (CRC)
                                            )
**ELISABETH DEVOS[1], Secretary, U.S.**     )
　Department of Education,                  )
                                            )
　　　　Defendant.                           )
_____ )

### DEFENDANT'S EXHIBIT LIST FOR DEFENDANT'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT

| Exhibit Number | Exhibit Description |
|---|---|
| 1 | Anamaria Matos Deposition |
| 2 | IT Security Compliance Manager (Supervisory) Position Description |
| 3 | Personnel Manual Instruction (PMI) 630-1: Absence and Leave Administration |
| 4 | PMI 630-8: Absence Without Leave (AWOL) and Leave Without Pay (LWOP) |
| 5 | Human Capital Policy (HCP) 368-1: Telework Program |
| 6 | Web TA – Electronic Time and Attendance System – Quick Reference Guide for Employees |
| 7 | EEO Investigative Affidavit of Dr. Linda Wilbanks |
| 8 | Memorandum of Counseling, dated January 24, 2014 |
| 9 | Accommodation Request Form, dated March 26, 2014 |
| 10 | Prescription Pad note, dated December 6, 2013, signed by Rodrigo Hurtado, MD |
| 11 | Prescription Pad note, dated April 18, 2014, signed by Rodrigo Hurtado, MD |
| 12 | Patient Work Profile, dated March 15, 2014 |
| 13 | Notes from August Corella, MD, dated February 26, 2014 |
| 14 | Letter from Monifa Martin, dated April 25, 2014 |
| 15 | Email from Linda Wilbanks to Anamaria Matos, dated April 8, 2014 |
| 16 | Letter from Linda Wilbanks to Anamaria Matos, dated May 5, 2014 |
| 17 | Proactive Indoor Air and Water Quality Reinspection Report, issued July 1, 2014 |
| 18 | Letter from Linda Wilbanks to Anamaria Matos, dated June 18, 2014 |

---

[1] Elisabeth DeVos is currently the Secretary for the U.S. Department of Education, thus pursuant to Federal Rule of Civil Procedures 25(d), Secretary DeVos should be substituted as the proper defendant to this action.

| | |
|---|---|
| 19 | Letter from Linda Wilbanks to Anamaria Matos, dated June 26, 2014 |
| 20 | Letter from Linda Wilbanks to Anamaria Matos, dated July 3, 2014 |
| 21 | FOH Report issued by Bonnie McCafferty, MD, MSPH, dated July 8, 2014 |
| 22 | Email chain re FOH report, dated July 21, 2014 |
| 23 | Email from Linda Wilbanks, dated July 21, 2014 |
| 24 | Letter from Monifa Martin, dated September 4, 2014 |
| 25 | FOH Report issued by Neal Presant, M.D., M.P.H., dated November 13, 2014 |
| 26 | Letter from Linda Wilbanks to Anamaria Matos, dated January 22, 2015 |
| 27 | Email Chain, dated January 26, 2015 |
| 28 | Letter of Reprimand from Linda Wilbanks to Anamaria Matos, dated March 9, 2015 |
| 29 | Email Chain, dated February 6th, 10th, and 20th, 2015 |
| 30 | Letter re Reconsideration of Denial of Reasonable Accommodation Request from Patsy Garnett to Anamaria Matos, dated February 20, 2015 |
| 31 | Letter from Linda Wilbanks to Anamaria Matos, dated March 19, 2015 |
| 32 | Note from Guinevere Que, NP, dated February 12, 2015 |
| 33 | Note from Rodrigo Hurtado, M.D., dated February 16, 2015 |
| 34 | Letter from Rodrigo Hurtado, M.D., dated February 22, 2015 |
| 35 | Letter from Monifa Martin, dated February 20, 2015 |
| 36 | Letter from Neal L. Presant, M.D., M.P.H., dated March 9, 2015 |
| 37 | Email from Linda Wilbanks to Anamaria Matos, dated March 11, 2015 |
| 38 | Email from Linda Wilbanks to Anamaria Matos, dated March 19, 2015 |
| 39 | Email from Linda Wilbanks to Anamaria Matos, dated March 27, 2015 |
| 40 | Prescription Pad Note from Victoria Murphy, MD, dated April 6, 2015 |
| 41 | Letter from Augusto Corello, MD, dated April 8, 2015 |
| 42 | Letter from Neal L. Presant, M.D., M.P.H., dated April 20, 2015 |
| 43 | Letter from Neal L. Presant, M.D., M.P.H., dated April 27, 2015 |
| 44 | Reassignment Offer to Anamaria Matos, dated July 20, 2015 |
| 45 | Email Chain between Anamaria Matos and Monifa Martin, dated June 22-23, 2015 |
| 46 | Email Chain, dated from June 22, 2015 to July 30, 2015 |
| 47 | Email Chain between Monifa Martin and Neal Presant, dated July 24, 2015 |
| 48 | Letter from Anamaria Matos re Reasonable Accommodation Reassignment Offer |
| 49 | Email from Anamaria Matos, dated August 14 and August 31, 2015 |
| 50 | Letter from Linda Wilbanks to Anamaria Matos, dated August 27, 2015 |
| 51 | Letter from Janine Van Lancker, MD, electronically signed August 21, 2015 |
| 52 | Email from Amandeep Gill, dated September 9, 2015 |
| 53 | Letter from Linda Wilbanks to Anamaria Matos, dated October 1, 2015 |
| 54 | Email Chain dated October 1, 5, and 7, 2015 |
| 55 | Email Chain re Austin Air Cleaners and Assistance with Credit |
| 56 | Matos LWOP Requests, dated February 9, 2015 |
| 57 | Email Chain dated February 5, 2015 to February 9, 2015 |