

June 26, 2014

TO:       Anamaria Matos
          IT Security Compliance Manager
          Technology

FROM:     Dr. Linda Wilbanks
          Supervisor

SUBJECT:  Update of Request for Reasonable Accommodation

To update you on the status of your request for reasonable accommodation, the information you have provided related to your reasonable accommodation request, was forwarded to the Federal Occupational Health (FOH) for review. This allows your medical provider(s) to release and/or discuss your medical information with the FOH, for verification and clarification of your situation, which is necessary in order for a determination to be made on your request. To date, the FOH report has not yet been received, however, FOH has provided an update that they have initiated contact with your medical provider(s) and anticipate receiving a response soon.

A decision to your request is pending and will be made as quickly as possible once the FOH report is received, and a review of the report has been completed. A written decision will be issued to you.

If you have any questions, please let me or Ms. Martin know.

Cc:   File
      Workforce Relations

Exhibit 3
Page 4 of 8

830 First Street, NE, Washington, DC 20202
StudentAid.gov

00368