

**Federal Student Aid** | PROUD SPONSOR of the AMERICAN MIND™
An OFFICE of the U.S. DEPARTMENT of EDUCATION

July 3, 2014

TO: Anamaria Matos
IT Security Compliance Manager
Technology

FROM: Dr. Linda Wilbanks
Supervisor

SUBJECT: Update of Request for Reasonable Accommodation

To update you on the status of your request for reasonable accommodation, the information you have provided related to your reasonable accommodation request, was forwarded to the Federal Occupational Health (FOH) for review. This allows your medical provider(s) to release and/or discuss your medical information with the FOH, for verification and clarification of your situation, which is necessary in order for a determination to be made on your request. x On 6/30/14, Ms. Martin received information from the FOH that the Medical Review Officer had not received a response from your medical provider Dr. Hurtado. FOH has faxed a second letter to the medical provider on 7/2/14 in hopes of a response in an attempt to obtain information that they need.

If your medical provider does not respond to the FOH, ultimately, a decision will be made based upon the information that is available. If possible, you may want to contact your medical provider and encourage them to respond so the path forward will be based on as much information as possible.

A decision to your request is pending and will be made as quickly as possible once the FOH report is received, and a review of the report has been completed. A written decision will be issued to you.

If you have any questions, please let me or Ms. Martin know.

Cc: File
Workforce Relations

Exhibit 3
Page 5 of 8

830 First Street, NE, Washington, DC 20202
StudentAid.gov

00369