**Martin, Monifa**

| | |
|---|---|
| **From:** | Matos, Anamaria |
| **Sent:** | Monday, July 21, 2014 12:01 PM |
| **To:** | Wilbanks, Linda |
| **Cc:** | Martin, Monifa |
| **Subject:** | RE: FOH report |
| **Sensitivity:** | Confidential |

Thanks. Glad we're finally able to move forward.

---

**From:** Wilbanks, Linda
**Sent:** Monday, July 21, 2014 11:20 AM
**To:** Matos, Anamaria
**Cc:** Martin, Monifa
**Subject:** FW: FOH report
**Importance:** High
**Sensitivity:** Confidential

Good morning. I just finished a meeting with HR where I received a copy of the attached report and briefly discussed options and decisions I will have to make. Patsy forwarded the information you sent her on what activities you feel are needed and that you have the capabilities for. I would like to use our meeting at 3 today to hear your thoughts since the probability is that your current position cannot accommodate 100% telework.

Linda

*************************************************

Dr. Linda R. Wilbanks
⸺⸺⸺⸺⸺⸺ ⸺ity Officer

⸺⸺⸺⸺⸺⸺⸺⸺⸺
Linda.Wilbanks⸺⸺⸺⸺
⸺⸺⸺⸺⸺⸺

PROUD SPONSOR *of the* AMERICAN MIND™

**From:** Martin, Monifa
**Sent:** Monday, July 21, 2014 11:01 AM
**To:** Wilbanks, Linda
**Subject:** FOH report
**Sensitivity:** Confidential

Hi Linda,

Per our meeting today, the attached report is provided. Please be sure to keep the attached information confidential, in accordance with the Privacy Act and the Rehabilitation Act. Thanks.

*Monifa Martin*
Human Resources Specialist (Employee & Labor Relations) &

FSA Reasonable Accommodations Coor███tor
Workforce Relations
Federal Student Aid
U.S. Department of Education
Tel: (202) 377-3202
Email: Monifa.Martin@ED.gov

Exhibit 3
Page 7 of 8

2    00371